```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

JOHN WILLIS PARKER, JR.                              PETITIONER

    V.                    Civil No. 12-2298

STATE OF ARKANSAS                                    RESPONDENT

## ORDER

On this 26th day of March 2013, there comes on for consideration the report and recommendation filed in this case on March 7, 2013 (doc. 6) by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 Petition (doc. 1) and Amended Petition (doc. 4) are hereby DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge